**In the Matter of Isidor SEGAL, Bankrupt, v. ENDICOTT JOHNSON CORPORATION, Appellant.**

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 334.

Appeal from the District Court of the United States for the Southern District of New York.

Remington & Meek and Harold Remington, all of New York City, for petitioner.

Nelson Ruttenberg, of New York City, for alleged bankrupt.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. A majority of this court are of opinion that the facts proven require an affirmance of the order below with costs; and it is so ordered.

---

**2**

**Edward SILVER et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Third Circuit. June 24, 1926.)

No. 3416.

In Error to the District Court of the United States for the District of New Jersey; John Rellstab, Judge.

Carl Kisselman, of Camden, N. J., for plaintiffs in error.

Walter G. Winne, of Hackensack, N. J., for the United States.

Before BUFFINGTON and DAVIS, Circuit Judges, and THOMSON, District Judge.

PER CURIAM. This case turns on the question whether certain articles here involved were designed for use in the unlawful manufacture of intoxicating liquor.

This court being of opinion the evidence did not warrant such finding, the order of the court below, denying a return of said articles, is reversed.

---

**3**

**UNITED STATES ex rel. Sotiouras CHRISTOULAS, Relator-Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 289.

Appeal from the District Court of the United States for the Southern District of New York.

F. E. Hamilton, of New York City, for appellant.

Emory R. Buckner, U. S. Atty. (N. R. Margold, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.

---

**4**

**UNITED STATES ex rel. Frank J. EPPELE, Appellant, v. Frederic J. SCHNEIDER, United States Marshal, Appellee.**

(Circuit Court of Appeals, Third Circuit. June 10, 1926.)

No. 3440.

Appeal from the District Court of the United States for the District of New Jersey.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and GIBSON, District Judge.

PER CURIAM. On due consideration had, this court reached the opinion that the appellant should be remanded to the Northern district of Ohio for trial. In view of the fact that the same question was before the Supreme Court, we deferred filing our opinion. The recent decision of that case (United States v. Gault, 46 S. Ct. 459, 70 L. Ed. ——) confirms our view and relieves us of the necessity of supporting our conclusion by an opinion in this case.

The order dismissing the petition for a writ of habeas corpus and directing the issuance of a warrant for the petitioner's removal is affirmed.